RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____
DATE 1/29/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. ALBERT and EDWARD ALBERT,<br>Plaintiffs<br><br>vs.<br><br>CITY OF LEOMINSTER and RICHARD LEAHEY,<br>Defendants | C.A. NO. _____<br><br>**04 - 10205 WGY**<br><br>MAGISTRATE JUDGE Alexander |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §1441(a)

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS:

Petitioner, the City of Leominster, respectfully petition this Court for removal of the above-entitled action to the United States District Court for the District of Massachusetts, Civil Section, from the Superior Court of the Commonwealth of Massachusetts in and for Worcester County, and for their Notice of Removal state as follows:

1. The City of Leominster is named as a defendant by the plaintiffs, Cynthia A. Albert and Edward Albert, in a civil action filed in the Superior Court of the Commonwealth of Massachusetts in and for Worcester County, entitled <u>Cynthia A. Albert and Edward Albert v. City of Leominster and Richard Leahey</u>, Civil Action No. 03-02463B. On December 29, 2003, the defendant, the City of Leominster, was served with a Summons and a copy of plaintiff's original Complaint. See Summons attached hereto as Exhibit "A." The defendant has not yet answered the original Complaint, nor has an appearance been filed on Defendant's behalf.

2. This is a suit of a wholly civil nature brought in a Massachusetts state court. The action is pending in Worcester County, Massachusetts, and, accordingly, under 28 U.S.C. §§101 & 1441(a), the United States District Court for the District of Massachusetts is the proper forum for removal.

3. This is an action in which the plaintiffs allege, among other things, that the defendant Richard Leahey deprived plaintiff Cynthia Albert of her liberty right to bodily integrity and privacy as guaranteed by the Fourteenth Amendment to the United States Constitution, in violation of 42 U.S.C. §1983.

4. Because this case involves federal constitutional issues and claims for relief under federal law, the District Court has original jurisdiction pursuant to 28 U.S.C. §1331.

5. The defendant is filing this Notice within thirty days of service of the Summons and original Complaint upon the City of Leominster, within thirty days of the date this case became removable, and within the time for filing this petition. See 28 U.S.C. §1446.

6. The defendant will file a Notice of Filing of this Notice of Removal and a copy of this Notice of Removal with the Clerk of the Superior Court of Massachusetts, County of Worcester.

7. Pursuant to Local Rule 81.1(a), the petitioners shall request of the Clerk of the Superior Court of Massachusetts, County of Worcester, certified or attested copies of all records and proceedings in the state court and certified or attested copies of all docket entries therein, and shall file the same with this Court within thirty days after the filing of this Notice of Removal.

8. All defendants named in plaintiffs' Complaint join in and consent to this Notice of Removal.

WHEREFORE, petitioner, the City of Leominster, prays that the above action now pending in the Superior Court of the Commonwealth of Massachusetts in and for Worcester County be removed from that Court to this United States District Court.

Respectfully submitted,

The Defendant,
CITY OF LEOMINSTER,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III, BBO #566522
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

1/29/04
Date