UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. ALBERT and ) <br> EDWARD ALBERT, ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> CITY OF LEOMINSTER and ) <br> RICHARD LEAHEY, ) <br> Defendants ) <br> _____ ) | C.A. NO. _____ <br><br> **04 - 10205 WGY** |

### NOTICE OF APPEARANCE

TO:   THE CLERK OF THE COURT
      UNITED STATES DISTRICT COURT
      ONE COURTHOUSE WAY
      BOSTON, MA 02110

Please enter our appearance as counsel of record for the defendant, City of Leominster.

Respectfully submitted,

The Defendant,
CITY OF LEOMINSTER,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO #566522
Ten Winthrop Square
Boston, MA 02110
(671) 350-0950

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

1/29/04
Date