UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CYNTHIA A. ALBERT and )
EDWARD ALBERT, )
    Plaintiffs )
     )
v. )  C.A. NO. 04-CV-10205-WGY
     )
CITY OF LEOMINSTER and )
RICHARD LEAHEY, )
    Defendants )

## PLAINTIFFS' CERTIFICATION UNDER LOCAL RULE 16.1

The undersigned hereby certify that we have conferred (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Signed this 24th day of March, 2004.

_____
Edward Albert

_____
Cynthia A. Albert

_____
David P. Bodanza, Esquire
BODANZA & BODANZA
106 Merriam Avenue
Leominster, MA 01453
(978) 840-0500
BBO # 554352

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on March 24, 2004

_____
Signature