SCANNED
DATE: 3/25/04
BY: [illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 MAR 23 P 12:01
DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| CYNTHIA A. ALBERT and EDWARD ALBERT, Plaintiffs | ) ) ) ) ) |
| vs. | ) C.A. NO. 04-CV-10205-WGY |
| CITY OF LEOMINSTER and RICHARD LEAHEY, Defendants | ) ) ) ) ) |

*[Handwritten annotation:] March 31, 2004 as modified. As ordered by the case management scheduling order. Discovery due Sept 30, 2004. Dispositive motions due Oct 29, 2004. William G. Young, Chief Judge*

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16

Pursuant to the Notice of Scheduling Conference issued by the Court, counsel for the plaintiffs and for defendant City of Leominster (the "City")[1] conferred via telephone on March 11, 2004 for the purpose of (1) preparing an agenda of matters to be discussed at the April 5, 2004 scheduling conference in this case, (2) preparing a proposed pretrial schedule for the case that includes a plan for discovery, and (3) considering whether they will consent to trial by magistrate judge.

I. **Agenda of Matters to be Discussed at Scheduling Conference**

    A.    Discovery schedule

    B.    Pretrial schedule, including a schedule for the filing of motions

II. **Proposed Discovery and Motion Schedule**

The plaintiffs and the City propose that the Court adopt the following discovery and motion schedule, ~~to be phased between liability and damages:~~ *[initialed]*

---

[1] Prior to the telephone conference, the plaintiffs' attorney telephoned defendant Richard Leahey and left a message inviting him to participate in the telephone conference, but did not receive a response. (Counsel are not aware of Mr. Leahey's having retained an attorney to represent him in this case.) A copy of this joint statement will be served on Mr. Leahey in order to give him an opportunity to respond to counsel's joint proposals prior to the scheduling conference if he so desires.

| | |
|---|---|
| April 12, 2004 | Deadline for service of Rule 26 initial disclosures. |
| August 31, 2004 | Deadline for depositions and service of written discovery ~~requests relating solely to issues of liability~~. *[handwritten annotation]* |
| October 29, 2004 | Deadline for service of Rule 56 motions relating to issues of liability |
| ~~November 29, 2004~~ | ~~Deadline for service of oppositions to Rule 56 motions relating to issues of liability~~ *[handwritten: N/A]* |
| ~~Approximately 30 days following Court's decision on any pending Rule 56 motions~~ | ~~In the event that any of plaintiffs' claims remain, status conference for purposes of establishing schedule for (1) discovery on issues of damages and (2) any further dispositive motions.~~ *[handwritten: N/A]* |

The plaintiffs and the City do not propose any alterations to the numerical limits on discovery imposed by the Federal and Local Rules. Depending upon whether discovery proceeds past the liability stage, the City will likely depose up to approximately seven witnesses. The plaintiffs anticipate that they will depose up to approximately four witnesses.

### III. Trial Before Magistrate Judge

The plaintiffs and the City are not prepared at this time to consent to trial before a magistrate judge.

### IV. Certifications of Parties

The parties will file separate Local Rule 16.1(D)(3) certifications.

|  |  |
|---|---|
| CYNTHIA A. ALBERT<br>and EDWARD ALBERT, | Respectfully submitted,<br><br>CITY OF LEOMINSTER,. |
| By their attorneys,<br><br>*David P. Bodanza /BDC*<br><br>David P. Bodanza, BBO # 554352<br>BODANZA & BODANZA<br>106 Merriam Avenue<br>Leominster, MA 01453<br>Tel: (978) 840-0500 | By its attorneys,<br><br>*Brian D. Carlson*<br><br>Brian D. Carlson, BBO# 566868<br>PIERCE, DAVIS & PERRITANO, LLP<br>10 Winthrop Square<br>Boston, MA 02110<br>Tel.: (617) 350-0950 |

Dated: March 22, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on **3/22/04**.

*Brian D. Carlson*