UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA A. ALBERT and<br>EDWARD ALBERT,<br>          Plaintiffs<br><br>v.<br><br>CITY OF LEOMINSTER and<br>RICHARD LEAHEY,<br>          Defendants | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 04-CV-10205-WGY<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL
(Fed. R. Civ. P. 41(a)(1)(ii))

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties herein hereby stipulate that this action on behalf of **CYNTHIA A. ALBERT** and **EDWARD ALBERT**, Plaintiffs herein, be dismissed as to Defendants, **CITY OF LEOMINSTER** and **RICHARD LEAHEY**, with prejudice and without costs.

Signed this 3rd day of May, 2004.

The Plaintiffs
By their Attorney:

_____
David P. Bodanza, Esquire
BODANZA & BODANZA
106 Merriam Avenue
Leominster, MA 01453
(978) 840-0500
BBO No. 554352

The Defendant,
City of Leominster
By its Attorney:

_____
Brian D. Carlson, Esquire
PIERCE, DAVIS & PERRITANO, LLP
10 Winthrop Square
Boston, MA 02110
(617) 350-0950
BBO No. 566868

The Defendant,
Richard Leahey, *pro se*

_____
Richard Leahey
352 Pratt Road
Fitchburg, MA 01420
(978) 342-0317

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 5/12/03
_____